1

2

3

4

5 # UNITED STATES DISTRICT COURT

6 EASTERN DISTRICT OF CALIFORNIA

7

8 JACK CALVIN MATEER, et al.,

9 Plaintiffs,

10 v.

11 AUDREY KING, et al.,

12 Defendants.

13

14

Case No.  1:15-cv-00440-LJO-MJS (PC)

**ORDER SEVERING CLAIMS OF ROBERT MIX AND DIRECTING CLERK'S OFFICE TO OPEN NEW ACTION FOR ROBERT MIX**

**(ECF No. 14)**

15 Plaintiffs Jack Mateer and Robert Mix are civil detainees proceeding pro se in

16 this civil rights action brought pursuant to 42 U.S.C. § 1983. The complaint purports to

17 proceed on behalf of both Mateer and Mix and is signed by both.

18 **I.      SEVERANCE OF CLAIMS**

19 Plaintiffs' allegations do not provide a basis for a class action. Fed. R. Civ. P.

20 23(a)(4); Simon v. Hartford Life, Inc., 546 F.3d 661, 664–65 (9th Cir. 2008).

21 Courts have broad discretion regarding the permissive joinder of parties. Fed. R.

22 Civ. P. 20, 21; see Coleman v. Quaker Oats Co., 232 F.3d 1271, 1296-97 (9th Cir.

23 2000); Maddox v. County of Sacramento, No. 2:06-cv-0072-GEB-EFB, 2006 WL

24 3201078, *2 (E.D. Cal. Nov. 6, 2006). The need for co-plaintiffs to agree upon and sign

25 all filings becomes impossibly burdensome where, as here, the proposed co-plaintiffs

26 are civilly detained.

27 Accordingly, Plaintiffs Mateer and Mix shall each proceed separately on their

28 claims. Mix's claims shall be severed, and a new action shall be opened for his claims.

1

1  <u>Gaffney v. Riverboat Serv. of Indiana</u>, 451 F.3d 424, 441 (7th Cir. 2006). Mateer shall

2  proceed as the sole Plaintiff in this action. Each plaintiff shall be solely responsible for

3  prosecuting his own action.

4  **II.    ORDER**

5          Accordingly, based on the foregoing, it is HEREBY ORDERED that:

6      1.    Plaintiff Mateer shall proceed as the sole plaintiff in case number 1:15-cv-

7            00440-LJO-MJS (PC);

8      2.    The claims of Robert Mix are severed from the claims of Plaintiff Mateer;

9      3.    The Clerk of the Court is directed to:

10         a.    Open a separate § 1983 civil rights action for **Robert Mix,** 1570-1,

11               Coalinga State Hospital (5003), PO Box 5003, Coalinga, CA 93210-

12               5003;

13         b.    Assign the new action to the Magistrate Judge and District Judge to

14               whom the instant case is assigned;

15         c.    File and docket a copy of this Order in the new action opened for

16               Robert Mix;

17         d.    Place a copy of the first amended complaint (ECF No. 14), as well

18               as Mr. Mix's application to proceed in forma pauperis (ECF No. 8)

19               and the order granting that request (ECF No.10) in the new action

20               opened for Robert Mix;

21         e.    Send Robert Mix a copy of this order, bearing the case number

22               assigned to his own individual action.

23
24  IT IS SO ORDERED.

25  Dated:    May 11, 2015                    /s/ *Michael J. Seng*

26                                            UNITED STATES MAGISTRATE JUDGE

27

28

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28